**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0468

Attorneys for Defendant, TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| YVETTE BENAVIDES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, a business entity, and Does 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: 2:20-CV-00686 MWF (SKx) <br><br> **ORDER TO REMAND CASE TO STATE COURT** |

Based upon the stipulation of the parties that the Plaintiff will not seek in excess of $75,000 at trial, the case is hereby remanded to State Court for the State of California, County of Los Angeles, Central District.

IT IS SO ORDERED:

Dated: December 23, 2020

_____
HON. MICHAEL W. FITZGERALD
United States District Judge

1
**ORDER TO REMAND CASE TO STATE COURT**

RDC/TARGET/BENAVIDES/PLEADINGS/Stip_Value_Order